**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**PATRICIA FUREIGH**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:10CV00507 BSM**

**ZURICH AMERICAN**                                                          **DEFENDANT**
**INSURANCE COMPANY**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED with prejudice pursuant to a

settlement by the parties.

IT IS SO ADJUDGED this 26th day of October, 2011.


_____
UNITED STATES DISTRICT JUDGE